UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. CURFMAN, | ) | NO. CV 10-09761 JAK (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) | |
| K. ALLISON, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

The Court notes that the Ninth Circuit's recent decision in <u>Estrella v. Ollison</u>, __ F.3d __, 2011 WL 6826376 (9th Cir. Dec. 29, 2011), does not change the outcome of Petitioner's upper term sentencing claim. In <u>Estrella</u>, the Ninth Circuit held that a trial court's

1  reliance on a petitioner's parole status to impose an upper term
2  sentence violated his Sixth Amendment jury trial rights, although the
3  violation was ultimately harmless.  Id. at *2-5.  Here, the trial court
4  sentenced Petitioner pursuant to California's amended determinate
5  sentencing law, which vests trial courts with discretion to impose upper
6  term sentences and does not depend on the finding of any aggravating
7  factors.  See Butler v. Curry, 528 F.3d 624, 651 n. 20 (9th Cir. 2008).
8  Thus, imposition of the upper term sentence was not constitutional
9  error.  (See Report at 12-13).

11  **IT IS ORDERED** that the Petition is denied and Judgment shall be
12  entered dismissing this action with prejudice.

14  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
15  the Judgment herein on Petitioner and counsel for Respondent.

17  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

19  Dated: March 1, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2