# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. CURFMAN, | ) NO. CV 10-09761 JAK (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| K. ALLISON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 1, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE